IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL NETWORKS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 13-914-RGA ) |
| KOLLECTIVE TECHNOLOGY, INC., | ) ) |
| Defendant. | ) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, Parallel Networks, LLC ("Parallel") asserted claims of patent infringement based on United States Patent Nos. 7,188,145 (the "'145 Patent") and 7,730,262 (the "'262 Patent");

WHEREAS, by previous Order (D.I. 80) Parallel's claims based on the '262 Patent were dismissed without prejudice;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Parallel Networks, LLC and Defendant Kollective Technology, Inc., pursuant to Fed. R. Civ. P. 41(a)(2), through their undersigned counsel, that all claims and counterclaims in this action are DISMISSED WITH PREJUDICE with each Party to bear its own costs, expenses, and attorneys' fees; and

IT IS FURTHER HEREBY STIPULATED AND AGREED by and between Plaintiff Parallel Networks, LLC and Defendant Kollective Technology, Inc., that the dismissal previously granted by the previous Order (D.I. 80) dismissing Parallel's claims based on the '262 Patent without prejudice is hereby modified, and that any and all claims and counterclaims based on the '262 Patent previously asserted in the action are hereby DISMISSED WITH PREJUDICE with each Party to bear its own costs, expenses, and attorneys' fees.

01:18129285.1

Dated: January 5, 2016

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | POTTER ANDERSON & CORROON LLP |
| | |
| /s/ Gregory J. Brodzik | /s/ David E. Moore |
| Adam W. Poff (No. 3990) | Richard L. Horwitz (No. 2246) |
| James M. Lennon (No. 4570) | David E. Moore (No. 3983) |
| Gregory J. Brodzik (No. 5722) | Bindu A. Palapura (No. 5370) |
| Rodney Square | Hercules Plaza, 6th Floor |
| 1000 N. King Street | 1313 N. Market Street |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 571-6600 | (302) 984-6000 |
| apoff@ycst.com | rhorwitz@potteranderson.com |
| jlennon@ycst.com | dmoore@potteranderson.com |
| gbrodzik@ycst.com | bpalapura@potteranderson.com |
| | |
| OF COUNSEL: | OF COUNSEL: |
| | |
| Brian A. Carpenter | Michael S. Dowler |
| Eric W. Buether | Shane A. Nelson |
| Christopher M. Joe | PARK, VAUGHAN, FLEMING |
| Michael D. Ricketts | & DOWNER LLP |
| 1700 Pacific Avenue | 5847 San Felipe, Suite 1700 |
| Suite 4750 | Houston, TX 77018 |
| Dallas, TX 75201 | (713) 821-1540 |
| (214) 466-1273 | mike@parklegal.com |
| Eric.Buether@bjciplaw.com | shane@parklegal.com |
| Brian.Carpenter@bjciplaw.com | |
| Chris.Joe@bjciplaw.com | *Attorneys for Defendant,* |
| Mickey.Ricketts@bjciplaw.com | *Kollective Technology, Inc.* |
| | |
| *Attorneys for Plaintiff,* | |
| *Parallel Networks, LLC* | |

SO ORDERED this ___ day of January, 2016.

_____
United States District Judge

2